DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BEST FRENCH FRIES, INC. d/b/a DOUGH DOUGH'S DONUTS,**
Appellant,

v.

**BEALECON CONSTRUCTION, LLC,**
Appellee.

No. 4D2023-1765

[July 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Carolyn Bell, Judge; L.T. Case No. 502020CA011188.

Michael D. Brown of Brown & Associates, North Palm Beach, for appellant.

Jerrod M. Maddox and Paula A. Martinez of Dunn Law, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*